# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-90003
_____

Bobby Lumpkin, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

        *Plaintiff—Petitioner,*

*versus*

Dexter Johnson,

        *Defendant—Respondent.*

_____

Motion for Leave to Appeal
from an Interlocutory Order
USDC No. 4:19-CV-3047

_____

## UNPUBLISHED ORDER

Before Southwick, Graves, and Higginson, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that the motion for leave to appeal from the interlocutory order of the United States District Court of the Southern District of Texas, entered on October 28, 2022, is GRANTED.



**A True Copy**
Certified order issued May 31, 2023

*Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**